*Elizabeth Eichert, Exrx. v. Elizabeth Eichert, Widow, et al.

1. Order for Distribution of Fund in Receivers.
    An order for distribution of a fund in an equity case is a final order in which parties affected have no right to a trial by jury and is appealable.
2. Notice of Appeal Appended to Order for Distribution, Sufficient.
    A notice of appeal, appended to an order for distribution by a receiver, is properly given.

Motion to dismiss appeal.

Tafel & Schott and Frederick Hertenstein, for the motion.
F. S. Starkey and J. G. Hudson, contra.

**PER CURIAM.**

The order appealed from related to the distribution of the fund in an equity case, and was a final order in a civil action in which the parties affected thereby had not the right to demand a trial by a jury. *Spence* v. *Basey,* 34 Ohio St. 42.

The original action was commenced June 26, 1897; the order complained of was made March 31, 1904, to which was appended notice of appeal. The notice was therefore properly given in the mode prescribed by the statute in force at the commencement of the original action. *Charles* v. *Fawley,* 71 Ohio St. 50 [72 N. E. Rep. 294].

Motion to dismiss appeal overruled.

---

*For other decisions relating to this receivership, see *post*, 825; *Eichert* v. *Eichert,* 28 O. C. C. 795 (8 N. S. 526).